930

No. 78–901.  Woods v. Safeway Stores, Inc.  C. A. 4th Cir.  Motion of National Medical Assn. for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 78–946.  Equal Employment Opportunity Commission et al. v. Burlington Northern, Inc., et al.  C. A. 7th Cir.  Certiorari denied.  Mr. Justice Brennan would grant certiorari. ■

No. 78–1054.  Sealy, Inc., et al. v. Ohio-Sealy Mattress Manufacturing Co. et al.  C. A. 7th Cir.  Motion of Certain Sealy Licensees for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 78–5746.  Kasto v. United States.  C. A. 8th Cir.  Certiorari denied.  Mr. Justice Powell would grant certiorari. ■

No. 78–5750.  Evans v. Alabama.  Sup. Ct. Ala.  Motion of petitioner to withdraw petition and certiorari denied. ■

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–5850.  Burke v. Miller.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Brennan and Mr. Justice White would grant certiorari. ■

No. 78–5978.  Cox v. North Carolina.  Ct. App. N. C.  Certiorari denied.  Mr. Justice Marshall would grant certiorari. ■